**FTX Trading LTD/LayerZero Labs/Salame  (22-11068/Adv. 23-50492/Adv.24-50186 )**

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Taylor | Harrison | | | Audio Only |
| Mathew | Laskowski | Paul Hastings LLP | Official Committee of Unsecured Creditors | Video and Audio |
| Phoebe | Lavin | | | Audio Only |
| Mr. | Purple | | Creditors | Video and Audio |
| Lisa | Wang | | | Audio Only |
| Becky | Yerak | Wall Street Journal | News Corp | Audio Only |
| Michael | Abbate | Figure Markets | | Audio Only |
| Artur | Abreu | Myself | Creditor(Myself) | Audio Only |
| Jack | Amed | | Creditor | Video and Audio |
| Jack | Amed | | Customer | Video and Audio |
| Andrew | Ames | Foran Glennon | Interested Party | Audio Only |
| Andrew | Ames | Foran Glennon | Interested Party | Audio Only |
| Aziza | BEN ASKER | | Creditor/Customer | Video and Audio |
| Brett | Bakemeyer | White | Foreign Representatives of FTX Digital Markets Ltd | Video and Audio |
| Sam | Baldwin | | | Video and Audio |
| Ellen | Bardash | ALM | | Audio Only |
| Ellen | Bardash | Law.com | | Audio Only |
| Lucas | Barrett | McDermott Will & Emery LLP | | Video and Audio |
| Ryan | Beil | White & Case LLP | Foreign Representatives of FTX Digital Markets Ltd | Video and Audio |
| Kimberly | Black | Patterson Belknap Webb & Tyler LLP | Examiner | Audio Only |
| Coffee | Blue | Seven 7 Seven Enterprises | Self Appointed | Video and Audio |
| Thomas | Braziel | 117 Partners | | Video and Audio |
| Erin | Broderick | Eversheds Sutherland (US) LLP | Ad Hoc Committee of Non-US Customers of FTX.com | Video and Audio |
| Jonathan | Brouwer | | | Audio Only |
| Gabriel | Brunswick | Kroll Restructuring Administration LLC | | Video and Audio |
| Christina | Buru | Manier & Herod | Philadelphia Indemnity Insurance Company | Audio Only |
| Cristian | Catanese | McDermott Will & Emery LLP | | Audio Only |
| Siena | Cerra | Morris James LLP | Robert Hahn | Video and Audio |
| M. | Cleary | Potter Anderson & Corroon LLP | LayerZero Group | Video and Audio |

| First | Last | Firm | Party | Mode |
|---|---|---|---|---|
| Cameron | Crews | N/A | Creditor | Video and Audio |
| William | Dalsen | Proskauer Rose LLP | LayerZero Group | Video and Audio |
| Romain | Davis | | | Video and Audio |
| Michael | DeBaecke | Ashby & Geddes | Robert J. Cleary, Examiner | Video and Audio |
| Celine | DeSantis | | | Audio Only |
| Charles | Delo | Rothschild & Co | Ad Hoc Committee of Non-US Customers of FTX.com | Video and Audio |
| Roma | Desai | Office of the Attorney General of Texas | Texas State Securities Bd, Dept. of Banking, State | Video and Audio |
| Louis | Dorigny | | FTXCREDITOR | Video and Audio |
| Ethan | Dover | | | Audio Only |
| Jordan | Duval | Proskauer Rose LLP | LayerZero Group | Video and Audio |
| Stephanie | Eberhardt | Office of the Attorney General | | Video and Audio |
| Preben | Eikeland Johnsen | Nomyz | | Video and Audio |
| Adam | Ekbom | Jones & Walden, LLC | Curio Financial Technology, Inc. | Video and Audio |
| Muhammad | Erliyanto | | | Video and Audio |
| Reagan | Ernst | | | Video and Audio |
| Reagan | Ernst | | | Audio Only |
| Matthew | Ezersky | | | Audio Only |
| Matthew | Ezersky | | | Audio Only |
| Lidia | Favario | | | Video and Audio |
| Chad | Flick | | | Audio Only |
| Isaac | Foote | Sullivan & Cromwell LLP | The Debtors | Video and Audio |
| Sharon | Frase | Illovsky Gates Calia | Fours Rock, Paul Aranha | Video and Audio |
| Brooke | Giddon | | | Audio Only |
| Erez | Gilad | Paul Hastings LLP | Official Committee of Unsecured Creditors | Video and Audio |
| Andrew | Glantz | Xclaim Inc. | Xclaim Inc. | Audio Only |
| Shah | Hafizi | LayerZero Labs | | Video and Audio |
| Drew | Hainline | Alvarez and Marsal | | Audio Only |
| Mark | Hancock | Godfrey & Kahn, S.C. | Fee Examiner | Video and Audio |
| Kristopher | Hansen | Paul Hastings LLP | Official Committee of Unsecured Creditors | Video and Audio |
| Taylor | Harrison | | | Audio Only |
| Matthew | Harvey | Morris Nichols Arsht & Tunnell, LLP | Ad Hoc Committee of Non-US Customers of FTX.com | Video and Audio |

| First | Last | Firm | Party | Mode |
|---|---|---|---|---|
| Jennifer | Hepner | Katten | N/A | Audio Only |
| Adrien | Herisse | | Creditor | Video and Audio |
| Peter | Hughes | Dilworth Paxson LLP | ELD Capital | Video and Audio |
| Deniz | Irgi | | Interested Party | Audio Only |
| Amir | Isaiah | Morgan & Morgan P.A. | Morgan & Morgan | Video and Audio |
| Christian | Jensen | Sullivan & Cromwell LLP | The Debtors | Video and Audio |
| M. | Johnson | Porter Hedges | The Debtors | Video and Audio |
| Gihoon | Jung | | Creditor | Video and Audio |
| Kevin | Kearney | Alvarez & Marsal Private Equity | | Audio Only |
| James | Keefe | Porter Hedges | The Debtors | Video and Audio |
| Amol | Kendre | | | Video and Audio |
| Amol | Kendre | | | Video and Audio |
| Dietrich | Knauth | | media, Reuters | Audio Only |
| Dietrich | Knauth | | media | Audio Only |
| Leonie | Koch | Paul Hastings LLP | UCC | Video and Audio |
| Ari | Kunofsky | DOJ-Tax | United States of America | Video and Audio |
| MAXIMILIANO SERAFIN | LARRIBA HERRANZ | | Customer | Video and Audio |
| Mathew | Laskowski | Paul Hastings LLP | Official Committee of Unsecured Creditors | Video and Audio |
| Phoebe | Lavin | | | Audio Only |
| Mike | Legge | | | Audio Only |
| Michael | Ligeti | A&O Shearman | | Audio Only |
| Michael | Ligeti | A&O Shearman | | Audio Only |
| Ari | Litan | LayerZero Group | | Video and Audio |
| Randi | Love | Bloomberg Industry Group | media | Audio Only |
| Daniel | Lowenthal | Patterson Belknap Webb & Tyler LLP | Examiner | Video and Audio |
| Stacy | Lutkus | McDermott Will & Emery LLP | | Video and Audio |
| Dorothy | Ma | | | Video and Audio |
| Dylan | Marker | Proskauer Rose LLP | LayerZero Group | Video and Audio |
| Akiko | Matsuda | | Wall Street Journal | Video and Audio |
| Michael | McCarney | | Creditor | Video and Audio |
| Keith | McCormack | | | Video and Audio |
| Kyle | McKuhen | | | Video and Audio |
| Kyle | McKuhen | | | Video and Audio |

| First | Last | Firm | Client | Mode |
|---|---|---|---|---|
| Colin | McLafferty | Oaktree Capital Management, L.P. | Ad Hoc Committee of Non-US Customers of FTX.com | Video and Audio |
| Colin | McLafferty | Oaktree Capital Management | Ad Hoc Group | Video and Audio |
| R. | McNeill | Potter Anderson & Corroon LLP | LayerZero Group | Video and Audio |
| Cristina | Mendez | Cleary Gottlieb | | Audio Only |
| Carlin | Metzger | Commodity Futures Trading | CFTC | Audio Only |
| Layla | Milligan | Office of the Attorney General of Texas | Texas SSB, DOB, CPD | Video and Audio |
| Andrew | Morley | Rothschild & Co | Ad Hoc Committee of Non-US Customers of FTX.com | Video and Audio |
| Michael | Morris | Wisconsin Department of Justice | Wisconsin Department of Financial Institutions | Audio Only |
| Lorenzo | Munoz | Rothschild & Co | Ad Hoc Committee of Non-US Customers of FTX.com | Video and Audio |
| Tara | Pakrouh | Morris James LLP | Robert Hahn | Video and Audio |
| Austin | Park | Morris Nichols Arsht and Tunnell | Ad Hoc Committee of Non-US Customers of FTX.com | Video and Audio |
| Kenneth | Pasquale | Paul Hastings LLP | Official Committee of Unsecured Creditors | Video and Audio |
| John | Patouhas | | | Audio Only |
| Sarah | Paul | Eversheds Sutherland (US) LLP | Ad Hoc Committee of Non-US Customers of FTX.com | Video and Audio |
| Spencer | Payne | | | Video and Audio |
| Spencer | Payne | Silver Point Capital | | Video and Audio |
| Andrew | Polansky | Eversheds Sutherland (US) LLP | Ad Hoc Committee of Non-US Customers of FTX.com | Video and Audio |
| Joshua | Porter | Entwistle & Cappucci LLP | Certain Customers | Video and Audio |
| Mr. | Purple | | Creditors | Video and Audio |
| Melissa | Ramirez | Landis Rath & Cobb LLP | The Debtors | Audio Only |
| Patrick | Reilley | Cole Schotz P.C. | Interested Party | Video and Audio |
| Gail | Reiser | Latham & Watkins | Joint Liquidators of 3AC | Video and Audio |
| Andrew | Richmond | Pryor Cashman LLP | Litigation Oversight Cmttee & M. Meghji | Video and Audio |
| Sameen | Rizvi | Potter Anderson & Corroon LLP | LayerZero Group | Video and Audio |
| Michael | Roberts | | | Audio Only |
| Samantha | Rodriguez | Morris James LLP | Robert Hahn | Video and Audio |

| First | Last | Firm | Party | Mode |
|---|---|---|---|---|
| Michael | Rogers | Eversheds Sutherland (US) LLP | Ad Hoc Committee of Non-US Customers of FTX.com | Video and Audio |
| Melissa | Romano | | LayerZero Group | Video and Audio |
| Brian | Rosen | Proskauer Rose LLP | LayerZero Group | Video and Audio |
| Nathan | Rosenblum | | | Video and Audio |
| Jeremy | Ryan | Potter Anderson & Corroon | K5 Defendants | Video and Audio |
| Jennifer | Sanchez | | | Audio Only |
| Gabriel | Sasson | Paul Hastings LLP | Official Committee of Unsecured Creditors | Video and Audio |
| Isaac | Sasson | Paul Hastings LLP | Official Committee of Unsecured Creditors | Video and Audio |
| Jordan | Sazant | Proskauer Rose LLP | LayerZero Group | Video and Audio |
| Brendan | Schlauch | Richards, Layton & Finger, P.A. | JOLs | Video and Audio |
| Julianne | Schmidt | Sullivan & Cromwell LLP | The Debtors | Video and Audio |
| Adam | Schneebaum | | | Video and Audio |
| Sarah | Schrag | Dentons US LLP | Jefferies LLC | Video and Audio |
| Eric | Schwartz | Morris, Nichols, Arsht & Tunnell LLP | Ad Hoc Committee of Non-US Customers of FTX.com | Video and Audio |
| Aagd | Seh | | Self | Video and Audio |
| Ezra | Serrur | | Self-creditor | Video and Audio |
| Yuhan | Shao | | | Audio Only |
| Yuhan | Shao | | | Audio Only |
| Sahrish | Soleja | Texas OAG | SSB and CPD | Video and Audio |
| Samy | Soliman | | | Audio Only |
| Dan | Steefel | | | Video and Audio |
| Alexander | Steiger | Richards, Layton & Finger, P.A. | JOLs of FTX Digital Markets Ltd. | Video and Audio |
| Alexander | Steiger | Richards, Layton & Finger, P.A. | Joint Official Liquidators of FTX Digital Markets | Video and Audio |
| Cullen | Stockmeyer | Alvarez & Marsal | 4045805928 | Audio Only |
| Cullen | Stockmeyer | Alvarez & Marsal | | Audio Only |
| Andrew | Stott | EY Bermuda Ltd. | BlockFi International | Video and Audio |
| Brian | Stout | Ash Breeze LLC | | Audio Only |
| Brian | Stout | Ash Breeze LLC | | Audio Only |
| Vince | Sullivan | Outlaw360 | | Audio Only |
| Vince | Sullivan | Law360 | | Audio Only |
| Kaitlyn | Sundt | AlixPartners, LLP | Debtors | Video and Audio |

| | | | | |
|---|---|---|---|---|
| Drew | Sveen | | | Audio Only |
| Bruce | Tan | 117 Partners | | Video and Audio |
| Genesis | Tavarez | Proskauer Rose LLP | LayerZero Group | Video and Audio |
| Adam | Titus | | Debtor | Audio Only |
| Hudson | Trent | Alvarez & Marsal North America, LLC | The Debtors | Video and Audio |
| Miles | Trevelyan | | | Audio Only |
| Ethan | Trotz | Katten Muchin Rosenman LLP | Creditor | Video and Audio |
| Ethan | Trotz | Katten Muchin Rosenman LLP | Creditor | Video and Audio |
| Lisa | Wang | | | Audio Only |
| Jonathan | Weyand | Morris, Nichols, Arsht and Tunnell | Ad Hoc Committee of Non-US Customers of FTX.com | Video and Audio |
| Sam | White | | | Audio Only |
| Scott | Williams | Manier & Herod | Philadelphia Indemnity Insurance Company | Audio Only |
| George | Williams | Landis Rath & Cobb LLP | The Debtors | Video and Audio |
| Hamish | Wilson | | | Audio Only |
| Sarah | Wynn | | | Audio Only |
| Becky | Yerak | Wall Street Journal | News Corp | Audio Only |
| Alexandra | Zablocki | | K5 | Video and Audio |
| Tian | Zeng | Phoenix Digital | Phoenix Digital | Video and Audio |
| Benjamin | Zonenshayn | Sullivan & Cromwell LLP | The Debtors | Video and Audio |
| ilya | golden | deutsche bank | | Audio Only |
| michael | mccarney | | | Video and Audio |
| effy | shi | | | Audio Only |
| M. | Cleary | Potter Anderson & Corroon LLP | LayerZero Group | Video and Audio |
| William | Dalsen | Proskauer Rose LLP | LayerZero Group | Video and Audio |
| Jordan | Duval | Proskauer Rose LLP | LayerZero Group | Video and Audio |
| Shah | Hafizi | LayerZero Labs | | Video and Audio |
| Phoebe | Lavin | | | Audio Only |
| Ari | Litan | LayerZero Group | | Video and Audio |
| Dylan | Marker | Proskauer Rose LLP | LayerZero Group | Video and Audio |
| R. | McNeill | Potter Anderson & Corroon LLP | LayerZero Group | Video and Audio |
| Sameen | Rizvi | Potter Anderson & Corroon LLP | LayerZero Group | Video and Audio |
| Melissa | Romano | | LayerZero Group | Video and Audio |
| Brian | Rosen | Proskauer Rose LLP | LayerZero Group | Video and Audio |

| Jordan | Sazant | Proskauer Rose LLP | LayerZero Group | Video and Audio |
|---|---|---|---|---|
| Genesis | Tavarez | Proskauer Rose LLP | LayerZero Group | Video and Audio |
| Becky | Yerak | Wall Street Journal | News Corp | Audio Only |
| Phoebe | Lavin | | | Audio Only |
| Becky | Yerak | Wall Street Journal | News Corp | Audio Only |

| CASE NAME: *FTX Trading Ltd., et al.,* <br> CASE NO: 22-11068 (JTD) | SIGN-IN SHEET | COURTROOM LOCATION: 5 <br> DATE: December 12, 2024 at 1:00 p.m. (ET) |
|---|---|---|
| **Name** | **Law Firm** | **Client Representing** |
| Adam G. Landis | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| Brian D. Glueckstein | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Benjamin S. Beller | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Christopher J. Dunne | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |

# SIGN-IN SHEET

CASE NAME:    FTX TRADING LTD. ET AL.                    COURTROOM NO.: 5

CASE NO.    <u>22-11068 (JTD) & Adv. 23-50492 (JTD)</u>        DATE:    12/12/2024

PLEASE PRINT CLEARLY OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
| --- | --- | --- |
| M. Blake Cleary | Potter Anderson & Corroon LLP | LayerZero Group |
| William Dalsen | Proskauer Rose LLP | LayerZero Group |
|  |  |  |

11924815

# SIGN-IN SHEET

**JUDGE:** Dorsey    **COURTROOM:** 5

**CASE NUMBER(S):** 22-11068  **CASE NAME:** FTX Trading LTD/LayerZero/Salame **DATE:** 12/12/2024 (1:00 PM)

**\*\*PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED\*\***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Stratton | Pashman Stein | Joint Liquidators |
| Alexis Gambale | " " | " |
| Christopher Harris | Latham & Watkins | " |
| Adam Goldberg | " | " |
| Tiffany Ikeda | " | " |
| Robert Poppiti | Young Conaway | Committee |
| Kenneth Pasquale | Paul Hastings | Committee |
| Marc Phillips | Montgomery McCracken | Ryan Salame |
| Terri Pawelski | " | " |
| Spencer Osborne | " | " |
| Benjamin Hackman | | U.S. Trustee |